■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WENDELL KEANE, Appellant. [757 NYS2d 487] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered February 27, 2001, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of criminal sale of a controlled substance in the third degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Younger,* 299 AD2d 431 [2002], *lv denied* 99 NY2d 566 [2002]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Santucci, J.P., Krausman, Crane and Mastro, JJ., concur.